**FILED**

06/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0368

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 22-0368

STATE OF MONTANA,
  *Plaintiff and Appellee,*

v.

MICHAEL OKEEFE,
  *Defendant and Appellant.*

## ORDER

Upon consideration of Appellant's motion to dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal is dismissed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 21 2023